1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNY EDWARD TATUM, SR.,

11          Plaintiff,                          No. 2:12-cv-0476 EFB P

12          vs.

13   SOLANO COUNTY SHERIFFS, et al.,

14          Defendants.                         ORDER

15   _____/

16          Plaintiff is a county inmate proceeding without counsel and in forma pauperis in an

17   action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule

18   302 pursuant to 28 U.S.C. § 636(b)(1).

19          Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20   U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21   (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22   in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23   28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24   preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25   ////

26   ////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2 the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3 the amount in the account exceeds $10, until the filing fee is paid. *Id.*

4    The Clerk of the Court shall (1) serve a copy of this order and a copy of plaintiff's in

5 forma pauperis application upon the Sheriff of Solano County, Attention: Inmate Trust Account,

6 500 Union Avenue, Fairfield, California, 94533, and (2) deliver a copy of this order to the

7 Clerk's financial division.

8    So ordered.

9 Dated:  June 26, 2012.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26